830

No. 211.  LAGUANA v. ANSELL, ACTING TAX COMMISSIONER AND ACTING TREASURER, GOVERNMENT OF GUAM, ET AL.  C. A. 9th Cir.  Certiorari denied.  *Albert A. Spiegel* for petitioner.  *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, I. Henry Kutz* and *A. M. Edwards* for respondents, and *Howard D. Porter,* Attorney General of Guam, for Ansell, respondent.

No. 212.  LEVINE, EXECUTOR, v. UNITED STATES ET AL.  C. A. 2d Cir.  Certiorari denied.  *M. Jay Meckler* for petitioner.  *Solicitor General Sobeloff* for the United States.

No. 214.  INDUSTRIAL COMMISSIONER OF NEW YORK v. SWORD LINE, INC.  C. A. 2d Cir.  Certiorari denied.  *Nathaniel L. Goldstein,* Attorney General of New York, *Wendell P. Brown,* Solicitor General, and *Francis R. Curran* and *Samuel Stern,* Assistant Attorneys General, for petitioner.  *Paul D. Miller* for respondent.

No. 216.  CHICAGO, BURLINGTON & QUINCY RAILROAD Co. v. BONNIER.  Supreme Court of Illinois.  Certiorari denied.  *Eldon Martin* and *Andrew C. Scott* for petitioner.  *James A. Dooley* for respondent.

No. 217.  BRENNAN v. UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *George B. Young* and *John Paul Stevens* for petitioner.  *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.